1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANDRAS FARKAS, Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  CLIFFORD J. WHITE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )   Case No.  1:13-CR-000359
                                )
11            *Plaintiff*,      )   **STIPULATION AND ORDER TO**
                                )   **CONTINUE REVIEW HEARING**
12 vs.                          )
                                )
13 CLIFFORD J. WHITE,           )
                                )
14            *Defendant.*      )
                                )
15 _____  )

16

17    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the review hearing in the above-captioned matter now

19 set for April 3, 2014, may be continued to July 24, 2014, at 10:00 a.m.

20    This request for continuance will allow Mr. White additional time to make payments on

21 his fine and restitution.  The requested continuance will conserve time and resources for both

22 counsel and the court.  Special Assistant United States Attorney Brian Fogerty has no objection

23 to this request.

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 1, 2014    By: | /s/ *Brian Fogerty*<br>BRIAN ALEXANDER FOGERTY<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 1, 2014    By: | /s/ *Andras Farkas*<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorney for Defendant<br>Clifford J. White |

## **O R D E R**

The request is DENIED. Since the defendant is on unsupervised probation and the court reviews a defendant's progress in these situations, the review hearing is for the benefit of the court, not the parties. Further, the stipulation provides insufficient reasons to continue the hearing and provides no factual support of what the defendant has done or not done to date to justify a three month continuance.

IT IS FURTHER ORDERED that the defendant SHALL personally appear on April 3, 2014 at 10:00 a.m. for his review hearing.

IT IS SO ORDERED.

Dated:   **April 1, 2014**

UNITED STATES MAGISTRATE JUDGE

-2-