# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD WHITE,<br><br>　　　　Defendant. | Case No.  1: 13 CR 00359 SKO<br><br>**ORDER MODIFYING CONDITIONS OF PROBATION (18 U.S.C. § 3563(c))** |

On April 3, 2014, a post-sentencing status review hearing was held in this case. The United States appeared through Special Assistant United States Attorney Brian Fogerty, Esq. and defendant through his counsel, Andras Farkas, Esq.

Pursuant to the parties' stipulated oral motion to modify conditions of probation, the reasons stated on the record and good cause appearing, the defendant's condition of probation is hereby modified pursuant to 18 U.S.C. § 3563(c) as follows:

Defendant's term of unsupervised probation is extended to October 23, 2015.

Special Condition Number Three of probation is amended to reflect a new review hearing before the court on January 8, 2015 at 10:00 a.m. in Courtroom 9.

All other conditions of probation shall remain in full force and effect, except that the defendant is ordered to appear at the January 8, 2015 review hearing.

IT IS SO ORDERED.

Dated:   **April 9, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

1