IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>CLIFFORD J. WHITE,<br><br>　　　　　Defendant. | Case No. 1:13-cr-00359-SKO<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

　　　　PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**　　　Theft of public money, 18 U.S.C. § 641

**Sentence Date:**　　October 24, 2013

**Review Hearing Date:** January 8, 2015

**Probation Expires On:** October 23, 2015

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒　**Obey all federal, state and local laws**; and

☒　**Monetary Fines & Penalties in Total Amount of:** $7,138.75, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 6,113.75.

☐　Payment schedule of $　　　per month by the　　　of each month.

☐　**Community Service hours Imposed of:**

☐　**Other Conditions:**

*COMPLIANCE:*

☐　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　**Otherwise:**

☒　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒　To date, Defendant has paid a total of $ 578.00

　　☒ If not paid in full when was last time payment:　　Date: 12/11/2014
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount: $50.00

☐　To date, Defendant has performed Click here to enter text. hours of community service.

☐　Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Bayleigh Pettigrew

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/8/2015 at 10:00 am

   ☒ be continued to 3/5/2015 at 10:00 a.m.; or

   ☐ be vacated.

☒ Or, alternatively, that Defendant's appearance for the review hearing be waived.

    Defendant is disabled and unemployed but has been making monthly payments of at least $50.00.  He has been able to make these payments using money from recycling cans.  His wife has been able to make additional payments on occasion.  Defendant anticipates receiving social security beginning January 21, 2015, although he is not aware of how much he will receive on a monthly basis.  Defendant believes that, once he begins receiving social security, he will be able to make larger monthly payments on his fine and restitution.

    In light of the uncertainty as to defendant's monthly income beginning January 21, 2015, defendant respectfully requests that the review hearing scheduled for January 8, 2015, at 10:00 a.m. be continued to March 5, 2015, at 10:00 a.m.  Good cause for this continuance exists; namely, it will allow defendant to provide the court with a clearer picture of his financial situation at the review hearing.  Once defendant begins receiving social security and is able to make larger monthly payments, defendant anticipates moving the court for an order directing all payments to be applied toward his fine, thereby enabling defendant to pay off his fine before his probation expires on October 23, 2015.  The government, of course, would be free to pursue a civil remedy as to any unpaid restitution.  This course of action is contingent on defendant receiving social security beginning January 21, 2015.  Accordingly, defendant requests a continuance so that he can better inform the court of his ability to pay off his fine before October 23, 2015.

    The government has indicated that it does not object to a continuance.  The government has further indicated that it will not object to any motion requesting that Mr. White's payments be first applied to the special assessment, then to the fine, and then to the restitution owed.

    Alternatively, in the event the court does not grant a continuance, defendant requests that his appearance at the January 8, 2015 review hearing be waived, as defendant has no means of transportation.

DATED:  12/23/2014                         _/s/ Erin Snider_
                                                                       DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for January 8, 2015 at 10:00 a.m. be continued to March 5, 2015 at 10:00 a.m.  Defendant is ordered to appear at that date and time.

☐ DENIED.

DATED: **Dec 23, 2014**

**STANLEY A. BOONE**
United States Magistrate Judge