IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cr-00359-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| CLIFFORD J. WHITE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

    **Convicted of:**    Theft of public money, 18 U.S.C. § 641

    **Sentence Date:**    October 24, 2013

    **Review Hearing Date:**    March 5, 2015

    **Probation Expires On:**    October 23, 2015

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:** $7,138.75, which Total Amount is made up of a Fine: $1,000.00; Special Assessment: $25.00; Processing Fee: $0.00; Restitution: $6,113.75.

☐    Payment schedule of $_____ per month by the _____ of each month.

☐    **Community Service hours Imposed of:**

☐    **Other Conditions:**

*COMPLIANCE:*

☐    Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☒    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense):

☒    To date, Defendant has paid a total of $ 678.00
    ☒ If not paid in full when was last time payment:    Date: 2/9/2015
                                                            Amount: $50.00

☐    To date, Defendant has performed Click here to enter text. hours of community service.

☐    Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☐   The Government agrees to the above-described compliance.

☒   The Government disagrees with the following area(s) of compliance:  The judgment provided for a lump sum of $7,138.00 to be paid immediately and defendant has not complied with this judgment.  The government does not have objection to a payment plan of $150.00 per month but would request that it be documented on the record or in an order so that defendant does not remain in violation of the judgment.

   Government Attorney:  Bayleigh J. Pettigrew

## DEFENDANT'S REQUEST (OPTIONAL):

   In light of the information detailed in this status report, the defendant moves for the following:

☐   that the review hearing set for 3/5/2015 at 10:00 a.m.

   ☐   be continued to _____ at 10:00 a.m.; or

   ☐   be vacated.

☒   that Defendant's appearance for the review hearing be waived.

As indicated in the last status report, Defendant is disabled and unemployed but has been making monthly payments of at least $50.00.  Defendant recently began receiving social security benefits in the amount of $700.00 per month.  Now that he has steady income, he intends to pay $150.00 per month toward his restitution and fine.


DATED:  2/12/2015                         */s/ Erin Snider*
                                          DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐   GRANTED.  The Court orders that Choose an item.

☒   DENIED.

DATED:  Mar 3, 2015                       _____
                                          **STANLEY A. BOONE**
                                          United States Magistrate Judge