| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
|   | Federal Defender |
| 2 | ERIN SNIDER, OR SBN #116342 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
|   | CLIFFORD J. WHITE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLIFFORD J. WHITE,

        Defendant.

Case No. 1:13-cr-00359-SAB

JOINT MOTION TO MODIFY CONDITIONS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c) and ORDER

The parties, through their respective counsel, Special Assistant United States Attorney Bayleigh J. Pettigrew, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Clifford J. White, hereby move pursuant to 18 U.S.C. § 3563(c) to modify the terms of Mr. White's unsupervised probation.

On October 24, 2013, Mr. White pled guilty to theft of public money, a violation of 18 U.S.C. § 641. That same date, the Court sentenced Mr. White to serve one year of unsupervised probation. As special conditions of his probation, the Court ordered:

> The defendant shall pay a penalty assessment of $25.00, a fine of $1,000.00, and restitution in the amount of $6,113.75, to be paid in full before his term of unsupervised probation expires. . . .

> The Court did not set payment schedules as the defendant is unemployed, the parties advised the Court that if restitution is not paid, civil remedy can be sought.

1 Judgment, Docket No. 10, at 3.  Under "Schedule of Payments," the Court provided that a
2 "[l]ump sum payment of $7,138.75 [is] due immediately."  *Id.* at 5.

3     On April 3, 2014, the Court held a review hearing.  At the review hearing, the Court
4 extended Mr. White's term of unsupervised probation for an additional year to give Mr. White
5 additional time to make payments.  The Court set the matter for a further review hearing on
6 January 8, 2015.  On December 23, 2014, the Court granted the parties' joint request to continue
7 the January 8, 2015 review hearing to March 5, 2015.

8     The parties now jointly request that the Court modify the conditions of Mr. White's
9 probation.  Specifically, the parties request that the Court establish a payment schedule.  In
10 January 2015, Mr. White began receiving social security benefits, in the amount of $700.00 per
11 month.  Now that Mr. White has some source of income, he can pay $150.00 per month toward
12 his financial obligation.  The other conditions of Mr. White's probation shall remain in effect.

13     WHEREFORE, the parties request that the conditions of Mr. White's probation be
14 modified pursuant to 18 U.S.C. § 3563(c).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  February 19, 2015      */s/ Bayleigh J. Pettigrew*
BAYLEIGH J. PETTIGREW
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 19, 2015      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CLIFFORD J. WHITE

///

///

**O R D E R**

Pursuant to the parties' joint request to modify Mr. White's conditions of probation, the Court hereby modifies under 18 U.S.C. § 3563(c) Mr. White's conditions of probation to add the following condition: Mr. White's financial obligation shall be paid in monthly installments of $150.00, commencing April 1, 2015, and each month thereafter by the 1st of the month.

IT IS SO ORDERED.

Dated:   **March 23, 2015**

UNITED STATES MAGISTRATE JUDGE