# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD J. WHITE,<br><br>　　　　Defendant. | Case No.  1:13-cr-00359-SAB<br><br>ORDER SETTING REVIEW HEARING FOR SEPTEMBER 17, 2015 |

Defendant Clifford J. White entered a plea on October 24, 2013 to a violation of 18 U.S.C. § 641, theft of public money, and was placed on one year of unsupervised probation. On April 3, 2014, Defendant's period of probation was extended to October 23, 2015. A probation review hearing was held in this matter on March 19, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1.　A review hearing for the status of Defendant's unsupervised probation is set for September 17, 2015 at 10:00 a.m. in Courtroom 9 before the undersigned;

2.　Defendant is required to appear at the September 17, 2015 hearing; and

3.　Defendant shall file a status report on unsupervised probation two weeks prior to the hearing date.

IT IS SO ORDERED.

Dated:　**March 23, 2015**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1