IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>CLIFFORD J. WHITE,<br><br>            Defendant. | Case No. 1:13-cr-00359-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**            Theft of public money, 18 U.S.C. § 641

**Sentence Date:**           October 24, 2013

**Review Hearing Date:**     September 17, 2015

**Probation Expires On:**    October 23, 2015

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:** $7,138.75, which Total Amount is made up of a Fine: $1,000.00; Special Assessment: $25.00; Processing Fee: $0.00; Restitution: $6,113.75.

☒    Payment schedule of $ 150.00 per month by the 1st of each month.

☐    **Community Service hours Imposed of:**

☐    **Other Conditions:**

*COMPLIANCE:*

☐    Defendant has complied with and completed <u>all</u> conditions of probation described above.

   **Otherwise:**

☒    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense):

☒    To date, Defendant has paid a total of $ 1,578.00
     ☒ If not paid in full when was last time payment:        Date: 8/5/2015
                                                              Amount: $150.00

☐    To date, Defendant has performed Click here to enter text.  hours of community service.

☐    Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☐   The Government agrees to the above-described compliance.

☒   The Government disagrees with the following area(s) of compliance:  Defendant was ordered to pay $7,138.75 "immediately".  For the past four months, defendant has complied with the $150/month payment schedule.  While government does not believe that unsupervised probation should extend until the entire amount due is paid, the government would request that unsupervised probation extend an additional three months.  If defendant has maintained compliance with the payment schedule through that status report (six months total), the government will agree to defendant's motion to terminate probation at that time, even though payments originally intended to be paid immediately will still be outstanding.

Government Attorney:  /s/ Bayleigh J. Pettigrew

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒   that the review hearing set for 9/17/2015 at 10:00 a.m.

　　☐   be continued to        at 10:00 a.m.; or

　　☒   be vacated.

☒   or, alternatively, that Defendant's appearance for the review hearing be waived.

On March 23, 2015, this Court ordered Defendant to pay his financial obligation in monthly installments of $150.00, commencing April 1, 2015.  Since then, Defendant has paid $300.00 per month toward his fine and restitution.  Given that Defendant has fully complied with the conditions of his unsupervised probation, Defendant requests that the Court vacate the September 17, 2015 review hearing and allow Defendant's term of unsupervised probation to expire on October 23, 2015.

DATED:  8/26/2015                                               /s/ Erin Snider
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐   GRANTED.  The Court orders that Choose an item.

☒   DENIED.

DATED: **Aug 26, 2015**

**STANLEY A. BOONE**
United States Magistrate Judge